## GUY STRONG et al. v. STATE.

No. A-6079. Opinion Filed Sept. 11, 1926.
(248 Pac. 1119.)

Geo. W. Miller, for plaintiff in error.

The Attorney General, for the State.

BESSEY, P. J. This is a joint appeal from a conviction for a violation of the prohibitory law. The plaintiff in error, Guy Strong, has filed his motion to dismiss the appeal as to himself only. For good cause shown the motion is allowed, and the appeal as to Guy Strong is dismissed, with instructions to the court to issue mandate forthwith, and the appeal as to Frank Johnson is continued for further proceedings in due course.

DOYLE and EDWARDS, JJ., concur.